**HYUNDAI ELECTRONICS INDUSTRIES CO., LTD. and Hyundai Electronics America, Inc., Plaintiffs–Appellees,**

v.

**UNITED STATES, Defendant,**

and

**Micron Technology, Inc., Defendant–Appellant.**

No. 2006–1480.

United States Court of Appeals, Federal Circuit.

June 29, 2006.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**ANDERSEN CORPORATION, Plaintiff–Appellee,**

v.

**PELLA CORPORATION, Defendant–Appellee,**

and

**W.L. Gore & Associates, Inc., Defendant–Appellee,**

v.

**Christopher Langdon, Movant–Appellant.**

No. 2006–1413.

United States Court of Appeals, Federal Circuit.

June 29, 2006.

Christopher Langdon, pro se.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.